IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 2:10-CR-10
)
MICHAEL TRAVIS BRANDON )

**<u>MEMORANDUM AND ORDER</u>**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 43]. Counsel for the defendant was appointed on July 27, 2010, seven days before the case is set for trial. Counsel reasonably states that he needs time to meet with his new client, review discovery and prepare for trial.

The court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that the failure to grant the motion would deny counsel for the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The defendant's motion requires a delay in the proceedings, therefore, all the time from the filing of the defendant's motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and this criminal case is **CONTINUED** to Tuesday, **October 19, 2010, at 9:00 a.m.** The new plea cutoff date is October 8, 2010.

ENTER:

       *s/ Leon Jordan*
United States District Judge